[No. 18951.   Department One.   February 25, 1925.]

WILLIAM CROOKS, *Appellant,* v. GEORGETOWN TRANSFER
COMPANY, *Respondent.*[1]

APPEAL (11)—NATURE AND GROUNDS—EXISTENCE OF ACTUAL CON-
TROVERSY.   No appeal lies from an order taxing costs.

Appeal from an order of the superior court for
Pierce county, Clifford, J., entered August 25, 1924,
taxing costs in favor of the defendant, in an action in
tort.   Dismissed.

*P. L. Pendleton* and *M. J. Gordon,* for appellant.
*Murphy & Kumm,* for respondent.

ASKREN, J.—This is an appeal from an order of the
trial court taxing costs in favor of the Georgetown
Transfer Company, a corporation, in the second trial
of an action the merits of which have been before this
court on three different occasions, and are reported in
119 Wash. 154, 205 Pac. 419; 125 Wash. 563, 216 Pac.
869; and 130 Wash. 88, 226 Pac. 262.

At the outset we are met by a motion of respondent
to dismiss the appeal.   The motion must be granted.

We have held in a long line of decisions that this
court will not take jurisdiction of a cause simply to
determine who shall pay costs in the controversy.
*Smith v. Palmer,* 38 Wash. 276, 80 Pac. 460; *Wilson v.
Fraser,* 67 Wash. 347, 121 Pac. 829; *White v. Stout,*
72 Wash. 62, 121 Pac. 917; *Vollman v. Industrial
Workers of the World,* 79 Wash. 192, 140 Pac. 337;
*Barber Asphalt Paving Co. v. Hamilton,* 80 Wash. 51,
141 Pac. 199; *State v. Furth,* 82 Wash. 665, 144 Pac.
907; *Carstens & Earles v. Seattle,* 84 Wash. 88, 146
Pac. 381, Ann. Cas. 1917A 1070; *Standard Fire Ins.*

[1]Reported in 233 Pac. 1118.

*Co. v. Fishback,* 86 Wash. 225, 145 Pac. 945; *Holly-Mason Hardware Co. v. Schnatterly,* 111 Wash. 29, 189 Pac. 545.

The appeal is therefore dismissed.

TOLMAN, C. J., MAIN, BRIDGES, and PARKER, JJ., concur.